**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION NO: 05-513L**

**PAUL J. JENKINS, Plaintiff**

**VS.**

**MARGARET DAVIS MULLEN**

**WILLIAM F. MULLEN**

**JOHN DOE**

**STEVEN DINEZZA**

**LEA DINEZZA**

**PAUL GILMORE**

**AFFORDABLE FUNDING MORTGAGE CORPORATION**

**RICHARD COSTA**

**ARGENT MORTGAGE COMPANY, LLC**, Defendants

**PLAINTIFF'S MOTION UNDER F.R.C.P 6(b) FOR AN EXTENSION OF TIME IN WHICH TO FILE A MEMORANDUM TO DEFENDANT ARGENT'S MOTION TO DISMISS**

Now comes the plaintiff pursuant to **F.R.C.P 6(B)** and moves this Honorable Court for an Order extending the time in which to file a Memorandum in Opposition to Argent's motion to dismiss up to and including February 14, 2006.

In support thereof plaintiff states that this extension of time is reasonable and necessary for the plaintiff to adequately address the issues raised by defendant's 12(b)(6) motion, and respectfully directs the court to the plaintiff's affidavit attached herewith.

Respectfully submitted,

By the Plaintiff, **pro se**

Dated: January 12, 2006

Paul J. Jenkins

PO Box 315

Providence, RI 02901-0315

(401) 861-0416
(Tel + Fax)

Certificate of Service

I hereby certify that I served the with motion an affidavit by postage prepaid first class mail to:

James W. Ryan, Esq., Partridge< Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903 on 1/12/06.

Paul J. Jenkins

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION NO: 05-513L**

**PAUL J. JENKINS, Plaintiff**

**VS.**

**MARGARET DAVIS MULLEN**

**WILLIAM F. MULLEN**

**JOHN DOE**

**STEVEN DINEZZA**

**LEA DINEZZA**

**PAUL GILMORE**

**AFFORDABLE FUNDING MORTGAGE CORPORATION**

**RICHARD COSTA**

**ARGENT MORTGAGE COMPANY, LLC**, Defendants

Affidavit of Paul J. Jenkins in Support of Motion for An Extension of Time in Which to File a Memorandum in Opposition to Argent's Motion to Dismiss.

I, Paul J. Jenkins, depose and state as follows:

I am the pro se plaintiff in the above entitled action.

I received Argent's Motion to Dismiss with accompanying memorandum on Friday, January 6, 2006. On Monday, January 9, 2006 I spent three hours in a law library reviewing Argent's lengthy memorandum with supporting citations. My preliminary research indicates to me that substantial research and writing will be required to distinguish the defendant's off the mark points of authorities and mischaracterizations of plaintiff's pleadings, making February 14, 2006 a reasonable deadline for plaintiff to adequately address these issues.

Signed under the pains and penalties of perjury on January 12, 2006.

Paul J. Jenkins