**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

FILED
JAN 13 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**CIVIL ACTION NO: 05-513L**

**PAUL J. JENKINS, Plaintiff**

**VS.**

**MARGARET DAVIS MULLEN**

**WILLIAM F. MULLEN**

**JOHN DOE**

**STEVEN DINEZZA**

**LEA DINEZZA**

**PAUL GILMORE**

**AFFORDABLE FUNDING MORTGAGE CORPORATION**

**RICHARD COSTA**

**ARGENT MORTGAGE COMPANY, LLC**, Defendants

Granted. Mary M. Lisi USDJ 1/17/06

**PLAINTIFF'S MOTION UNDER F.R.C.P 6(b) FOR AN EXTENSION OF TIME IN WHICH TO FILE A MEMORANDUM TO DEFENDANT ARGENT'S MOTION TO DISMISS**

Now comes the plaintiff pursuant to **F.R.C.P 6(B)** and moves this Honorable Court for an Order extending the time in which to file a Memorandum in Opposition to Argent's motion to dismiss up to and including February 14, 2006.

In support thereof plaintiff states that this extension of time is reasonable and necessary for the plaintiff to adequately address the issues raised by defendant's 12(b)(6) motion, and respectfully directs the court to the plaintiff's affidavit attached herewith.

Respectfully submitted,

By the Plaintiff, **pro se**

Dated: January 12, 2006

Paul J. Jenkins

PO Box 315

Providence, RI 02901-0315

(401) 861-0416
(Tel + Fax)

Certificate of Service

I hereby certify that I served the with motion an affidavit by postage prepaid first class mail to:

James W. Ryan, Esq., Partridge< Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903 on 1/12/06.

Paul J. Jenkins