UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAUL JENKINS

V. CA NO.: 05-513-ML

MARGARET DAVIS MULLEN
WILLIAM F. MULLEN
JOHN DOE
STEVEN DINEZZA
LEA DINEZZA
PAUL GILMORE
AFFORDABLE FUNDING MORTGAGE CORP.
RICHARD COSTA
ARGENT MORTGAGE COMPANY LLC

**MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND INSUFFICIENCY OF PROCESS**

Now comes the defendant, Steven Dinezza and, pursuant to Rule 12(b)(4) and (5) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to dismiss the above-referenced complaint against him. As grounds for his motion, defendant states that the summons mailed to defendant is defective and that the service of the summons and complaint on Dinezza was insufficient and does not comply with the relevant Rules of Civil Procedure for proper service of a complaint.

Defendant submits his memorandum of law in support of his motion to dismiss.

Respectfully submitted
Steven Dinezza
By his attorney

Dated: 1/17/06

Michael J. Pisaturo

Michael J. Pisaturo #5936
1312 Atwood Avenue
Johnston, RI 02919
(401) 464-8111
(401) 942-4918 (fax)

Certificate of Service

I hereby certify that I have served a copy of the within motion upon plaintiff, Paul Jenkins, at PO Box 315, Providence, RI 02901-0315 by regular mail on this 17th day of January 2006.

Michael J. Pisaturo
Michael J. Pisaturo

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAUL JENKINS

V. CA NO.: 05-513-ML

MARGARET DAVIS MULLEN
WILLIAM F. MULLEN
JOHN DOE
STEVEN DINEZZA
LEA DINEZZA
PAUL GILMORE
AFFORDABLE FUNDING MORTGAGE CORP.
RICHARD COSTA
ARGENT MORTGAGE COMPANY LLC

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND INSUFFICIENCY OF PROCESS**

Now comes the defendant, Steven Dinezza and, pursuant to Rule 12(b)(4) and (5) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to dismiss the above-referenced complaint against him. As grounds for his motion, defendant states that the summons mailed to defendant is defective and that the service of the summons and complaint on Dinezza was insufficient and does not comply with the relevant Rules of Civil Procedure for proper service of a complaint.

## I. Relevant Facts

1.) Plaintiff apparently filed his pro se complaint on or about December 9, 2005.

2.) Plaintiff attempted to serve the complaint on Steven Dinezza by sending the summons and complaint by certified mail. See attached summons and complaint.

3.) Plaintiff has made no request for waiver to Dinezza.

## II. Insufficiency of Process

Rule 4 of the Federal Rules of Civil Procedure sets forth the requirement for a valid summons and how service of a complaint may be effectuated.

Rule 4 specifically requires that the summons "shall be signed by the clerk [and] bear the seal of the court". See F.R.C.P 4(a). The summons mailed to Dinezza has neither and thus is defective.

## III. Insufficient Service of Process

Rule 4 also indicates the manner in which service is to be effectuated. The rules require that service be effectuated "by any person who is not a party and who is at least 18 years of age." F.R.C.P. 4©(2). For effective service on an individual, the rules require service (1) pursuant to the laws of the state in which the district court is located or (2)"by delivering a copy of the summons and the complaint to the individual personally or by leaving copies thereof at the individual's dwelling house or usual place of abode with some person of suitable age …". F.R.C.P. (e)(1) and (2).

Neither the state court rules of civil procedure nor the federal court rules of civil procedure allow for service by certified mail.

For the reasons set forth above, the defendant Steven Dinezza respectfully request that this Court dismiss the Complaint against him for insufficient service of process and insufficiency of process.

Respectfully submitted
Steven Dinezza
By his attorney

Dated: 1/17/06

Michael J. Pisaturo #5936
1312 Atwood Avenue
Johnston, RI 02919
(401) 464-8111
(401) 942-4918 (fax)

Certificate of Service

I hereby certify that I have served a copy of the within memo upon plaintiff, Paul Jenkins, at PO Box 315, Providence, RI 02901-0315 by regular mail on this 17th day of January 2006.

Michael J. Pisaturo