no response

FILED

JAN 17 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAUL JENKINS

V. CA NO.: 05-513-ML

MARGARET DAVIS MULLEN
WILLIAM F. MULLEN
JOHN DOE
STEVEN DINEZZA
LEA DINEZZA
PAUL GILMORE
AFFORDABLE FUNDING MORTGAGE CORP.
RICHARD COSTA
ARGENT MORTGAGE COMPANY LLC

**MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND INSUFFICIENCY OF PROCESS**

Now comes the defendant, Steven Dinezza and, pursuant to Rule 12(b)(4) and (5) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to dismiss the above-referenced complaint against him. As grounds for his motion, defendant states that the summons mailed to defendant is defective and that the service of the summons and complaint on Dinezza was insufficient and does not comply with the relevant Rules of Civil Procedure for proper service of a complaint.

Defendant submits his memorandum of law in support of his motion to dismiss.

Respectfully submitted
Steven Dinezza
By his attorney

Dated: 1/17/06

Michael J. Pisaturo

Michael J. Pisaturo #5936
1312 Atwood Avenue
Johnston, RI 02919
(401) 464-8111
(401) 942-4918 (fax)

No objection having been filed, this Motion is GRANTED. Mary M. Lisi USDJ 2/24/06