**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION NO:
05-513ML.**

**PAUL J. JENKINS**

**VS.**

**MARGARET DAVIS MULLEN
WILLIAM F. MULLEN
JOHN DOE
STEVEN DINEZZA
LEA DINEZZA
PAUL GILMORE
AFFORDABLE FUNDING MORTGAGE CORPORATION
RICHARD COSTA
ARGENT MORTGAGE COMPANY, LLC**

**PLAINTIFF'S MOTION UNDER F.R.C.P. 6(B) FOR AN EXTENSION OF TIME IN WHICH TO FILE AN OPPOSITION MEMORANDUM TON DEFENDANT DINEZZA'S MOTION TO DISMISS**

Now comes the Plaintiff pursuant to **F.R.C.P 6(b)** and moves this Honorable Court for an Order extending the time in which to file an Opposition Memorandum to Dinezza's motion to dismiss up to and including March 28, 2006.

In support thereof the plaintiff states that this extension of time is reasonable and necessary for plaintiff to adequately address the issues raised by this defendant's 12(b)(6) motion, and respectfully refers the Court to the plaintiff's affidavit attached hereto.

Respectfully submitted,

By the plaintiff, pro se

---------------------------------------

Paul J. Jenkins
PO Box 315
Providence, RI 02901-0315
Ph., Fax 401-861-0416

Certificate of Service

I hereby certify that I served the within motion and accompanying affidavit by postage prepaid first class mail on March 7, 2006 directed to:

James W. Ryan, Esq.
Partridge Snow & Hahn
180 S. Main Street
Providence RI 02903

Michael J. Pisaturo, PC
1312 Atwood Avenue
Johnston, RI 02919

Paul Gilmore
53 Oak Tree Dr.
Johnston, RI
02919-3092

Signed under the pains and penalties of perjury on 3/7/06

---------------------------------------

Paul J. Jenkins

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION NO: 05-513ML.**

**PAUL J. JENKINS**

**VS.**

**MARGARET DAVIS MULLEN**
**WILLIAM F. MULLEN**
**JOHN DOE**
**STEVEN DINEZZA**
**LEA DINEZZA**
**PAUL GILMORE**
**AFFORDABLE FUNDING MORTGAGE CORPORATION**
**RICHARD COSTA**
**ARGENT MORTGAGE COMPANY, LLC**

**AFFIDAVIT OF PAUL J. JENKINS IN SUPPORT OF MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO DINEZZA'S 12(b)(6) MOTION**

I, Paul J. Jenkins, depose and state as follows:

I am the pro se plaintiff in the above-entitled action.

I received Dinezza's 12(b)(6) motion on March 3rd, 2006. I spent two hours reviewing Dinezza's supporting memorandum, and have concluded that legal and other research required to frame an adequate response to this motion requires an extension of time up to and including March 28, 2006. Plaintiff intends to introduce matters outside of the pleadings, requiring said 12(b)(6) motion to be treated as one for summary judgment.

Signed under the pains and penalties of perjury on March 7, 2006.

---------------------------------------------------------------

Paul J. Jenkins