Cry

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

FILED
APR 11 2006

**CIVIL ACTION NO:**
**05-513ML.**

**PAUL J. JENKINS**

**VS.**

**MARGARET DAVIS MULLEN**
**WILLIAM F. MULLEN**
**JOHN DOE**
**STEVEN DINEZZA**
**LEA DINEZZA**
**PAUL GILMORE**
**AFFORDABLE FUNDING MORTGAGE CORPORATION**
**RICHARD COSTA**
**ARGENT MORTGAGE COMPANY, LLC**

**PLAINTIFF'S MOTION UNDER F.R.C.P. 6(B) FOR AN EXTENSION OF TIME IN WHICH TO FILE AN OPPOSITION MEMORANDUM TON DEFENDANT MULLEN'S MOTION TO DISMISS**

Granted. Mary M. Lisi USDJ 4/12/06

Now comes the Plaintiff pursuant to **F.R.C.P 6(b)** and moves this Honorable Court for an Order extending the time in which to file an Opposition Memorandum to Dimness's motion to dismiss up to and including May 3rd, 2006.In support thereof the plaintiff states that this extension of time is reasonable and necessary for plaintiff to adequately address the issues raised by this defendant's 12(b) (6).

In support thereof Plaintiff states that he received aforesaid motion and voluminous exhibits by first class mail on March 30th, 2006 (not by Federal Express as falsely stated in the certificate of service signed by a Karen Prendergast), and was shocked by the unprofessional form of said materials, namely a memorandum of seven unnumbered

pages and an over one inch thick set of exhibits consisting of case law print outs. Given the size and vexatious form of this so-called memorandum, an extension of time up to and including May 3rd, 2006 is necessary and reasonable.

Respectfully submitted,

By the plaintiff, pro se

---------------------------------------------

Paul J. Jenkins
PO Box 315
Providence, RI 02901-0315
Ph., Fax 401-861-0416

Certificate of Service

I hereby certify that I served the within motion and accompanying affidavit by postage prepaid first class mail on March 7, 2006 directed to:

James W. Ryan, Esq.
Partridge Snow & Hahn
180 S. Main Street

Michael J. Pisaturo, PC
1312 Atwood Avenue
Johnston, RI 02919

Paul Gilmore
53 Oak Tree Dr.
Johnston, RI
02919-3092

William E. Sanford, III
Morrison Mahoney LLP
121 S. Main St
Providence, RI 02903

Signed under the pains and penalties of perjury on 4/8/06

---------------------------------------------

Paul J. Jenkins