**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION NO:**
**05-513ML.**

**PAUL J. JENKINS**

**VS.**

**MARGARET DAVIS MULLEN**
**WILLIAM F. MULLEN**
**JOHN DOE**
**STEVEN DINEZZA**
**LEA DINEZZA**
**PAUL GILMORE**
**AFFORDABLE FUNDING MORTGAGE CORPORATION**
**RICHARD COSTA**
**ARGENT MORTGAGE COMPANY, LLC**

**PLAINTIFF'S MOTION REQUESTING THAT THE COURT CONSIDER ITS ORDER OF DISMISSAL AS TO DEFENDANT ARGENT ENTERED APRIL 7, 2006.**

Now comes the Plaintiff, pro se, and requests that this Court reconsider its order Dismissing Plaintiff's complaint as to Argent Mortgage Company, LLC.

In support thereof the Plaintiff respectfully refers this Court to the Consolidated Memorandum with Exhibits filed in connection with this motion.

Submitted by the Plaintiff, **pro se**

Dated: May 1, 2006

Paul J. Jenkins
PO Box 315
Providence, RI 02901-0315
Phone & Fax 401-861-0416

## Certificate of Service

I hereby certify that I served the within motion and accompanying affidavit by postage prepaid first class mail on May 2, 2006 directed to:

James W. Ryan, Esq.
Partridge Snow & Hahn
180 S. Main Street

Michael J. Pisaturo, PC
1312 Atwood Avenue
Johnston, RI 02919

Paul Gilmore
53 Oak Tree Dr.
Johnston, RI
02919-3092

William E. Sanford, III
Morrison Mahoney LLP
121 S. Main St
Providence, RI 02903

Signed under the pains and penalties of perjury on 5/02/06

Paul J. Jenkins