AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Paul J. Jenkins

V.

Margaret Davis Mullen, et al.

**APPEARANCE**

Case Number: 05-513ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Affordable Funding Mortgage Corporation

I certify that I am admitted to practice in this court.

5/8/2006
Date

Signature

Leonard Accardo Jr.
Print Name

2364
Bar Number

311 Angell Street
Address

Providence
City

RI
State

02906
Zip Code

(401) 421-5100
Phone Number

(401) 621-8885
Fax Number