UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAY 1 8 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO:
05-513ML.

PAUL J. JENKINS

VS.

MARGARET DAVIS MULLEN
WILLIAM F. MULLEN
JOHN DOE
STEVEN DINEZZA
LEA DINEZZA
PAUL GILMORE
AFFORDABLE FUNDING MORTGAGE CORPORATION
RICHARD COSTA
ARGENT MORTGAGE COMPANY, LLC

**PLAINTIFF'S MOTION UNDER F.R.C.P. 6(B) FOR AN EXTENSION OF TIME IN, WHICH TO FILE OPPOSITION MEMORANDUMS T0 12(B) (6) MOTIONS TO DISMISS, FILED BY BOTH LEA DINEZZA AND AFFORDABLE FUNDING**

Now comes the Plaintiff pursuant to **F.R.C.P 6(b)** and moves this Honorable Court for an Order extending the time in which to file Opposition Memorandums to Motions to Dismiss filed by both Lea Dinezza and Affordable Funding up to and including June 14, 2006.

In support thereof the plaintiff states that this extension of time is reasonable and necessary for plaintiff to adequately address the issues raised by these defendants' 12(b) (6) motions, especially the new issues of supplemental jurisdiction, accord and satisfaction and subject matter jurisdiction interjected by Affordable Funding.

Respectfully submitted,

By the plaintiff, **pro se,**
**Sui generis**

Paul J. Jenkins
PO Box 315
Providence, RI 02901-0315
Ph., Fax 401-861-0416

Certificate of Service

I hereby certify that I served the within motion and memorandum by postage prepaid first class mail on May 15, 2006 directed to the following counsel of record who have filed appearances in this matter:

James W. Ryan, Esq.
Partridge Snow & Hahn
180 S. Main Street
Providence, RI 02903

Michael J. Pisaturo, PC
1312 Atwood Avenue
Johnston, RI 02919

Leonard Accardo, Jr., Esq.
Accardo Law Offices
311 Angell Street
Providence, RI 02906

William E. Sanford, III, Esq.
Morrison Mahoney, LLP
121 S. Main Street
Providence, RI 02903

Signed under the pains and penalties of perjury on 5/15/06

Paul J. Jenkins

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
MAY 1 8 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**CIVIL ACTION NO: 05-513ML.**

**PAUL J. JENKINS**

**VS.**

**MARGARET DAVIS MULLEN**
**WILLIAM F. MULLEN**
**JOHN DOE**
**STEVEN DINEZZA**
**LEA DINEZZA**
**PAUL GILMORE**
**AFFORDABLE FUNDING MORTGAGE CORPORATION**
**RICHARD COSTA**
**ARGENT MORTGAGE COMPANY, LLC**

**PLAINTIFF'S REPY MEMORANDUM IN RESPONSE TO ARGENT'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

1. **FACTUAL BACKROUND**

It seems apparent that Argent has failed to read Plaintiff's Consolidated Memorandum for Content and comprehension, and instead instinctively responds as would a mindless myrmidon minding its master. Plaintiff has clearly established the likelihood of a continuing conspiracy involving multiple schemes and victims with requisite multiple predicate acts of mail fraud, wire fraud, acceptance of gratuities/bribery, money laundering and financial institution fraud, all made possible by the willing participation of Argent as a co-conspirator.

## 2. ARGUMENT

Should this Honorable Court refuse to either reconsider its ruling on Argent's Motion to Dismiss or alternatively grant Plaintiff leave to amend his original complaint, it would be reverting to "code pleading" standards and ignoring the plain meanings of **F.R.C.P. 8(f), F.R.C.P. 15(a)** and **F.R.C.P. 15(b).** Such a ruling would not only amount to a manifest travesty of justice to the Plaintiff, it could well possibly produce the anomalous result of Plaintiff simultaneously filing an appeal to the First Circuit Court of Appeals and instituting a supplemental claim in Rhode Island Superior Court, hardly an ideal way to resolve this litigation. This anomaly seems possible even though Rhode Island adheres to a "transactional" analysis of claim preclusion. **See ElGabri v. Lekas, 681 A.22d 271, 275 (1996); Restatement (Second) Judgments s24; Joseph Maher v. GSI Lumonics, Inc., 05-1509 (1st Cir. 1996).**

## CONCLUSIONS

Should this Court not grant Plaintiff's Motion for Reconsideration, it should in the alternative give plaintiff at least one chance to amend his complaint.

Respectfully submitted,

Dated: 5/15/06

Paul J. Jenkins, pro se
Sui generius
PO Box 315
Providence, RI 02901-0315
Phone, fax 401-861-0416