**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
MAY 18 '06
U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

FILED
MAY 19 2006
U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**CIVIL ACTION NO: 05-513ML.**

**PAUL J. JENKINS**

**VS.**

**MARGARET DAVIS MULLEN**
**WILLIAM F. MULLEN**
**JOHN DOE**
**STEVEN DINEZZA**
**LEA DINEZZA**
**PAUL GILMORE**
**AFFORDABLE FUNDING MORTGAGE CORPORATION**
**RICHARD COSTA**
**ARGENT MORTGAGE COMPANY, LLC**

Granted. Mary M. Lisi USDJ 5/22/06

**PLAINTIFF'S MOTION UNDER F.R.C.P. 6(B) FOR AN EXTENSION OF TIME IN, WHICH TO FILE OPPOSITION MEMORANDUMS T0 12(B) (6) MOTIONS TO DISMISS, FILED BY BOTH LEA DINEZZA AND AFFORDABLE FUNDING**

Now comes the Plaintiff pursuant to **F.R.C.P 6(b)** and moves this Honorable Court for an Order extending the time in which to file Opposition Memorandums to Motions to Dismiss filed by both Lea Dinezza and Affordable Funding up to and including June 14, 2006.

In support thereof the plaintiff states that this extension of time is reasonable and necessary for plaintiff to adequately address the issues raised by these defendants' 12(b) (6) motions, especially the new issues of supplemental jurisdiction, accord and satisfaction and subject matter jurisdiction interjected by Affordable Funding.

Respectfully submitted,

By the plaintiff, **pro se,**
**Sui generis**

------------------------------

Paul J. Jenkins
PO Box 315
Providence, RI 02901-0315
Ph., Fax 401-861-0416

Certificate of Service

I hereby certify that I served the within motion and memorandum by postage prepaid first class mail on May 15, 2006 directed to the following counsel of record who have filed appearances in this matter:

James W. Ryan, Esq.
Partridge Snow & Hahn
180 S. Main Street
Providence, RI 02903

Michael J. Pisaturo, PC
1312 Atwood Avenue
Johnston, RI 02919

Leonard Accardo, Jr., Esq.
Accardo Law Offices
311 Angell Street
Providence, RI 02906

William E. Sanford, III, Esq.
Morrison Mahoney, LLP
121 S. Main Street
Providence, RI 02903

Signed under the pains and penalties of perjury on 5/15/06

------------------------------

Paul J. Jenkins