FILED
JUN 14 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**Affidavit of Paul J. Jenkins**

I, Paul J. Jenkins, on my personal knowledge, hereby depose and state as follows:

1.Prior to receiving a telephone call from Richard Costa during the first week of March 2003, I had never heard of or about either Richard Costa or Affordable Funding Mortgage Corporation. I never sought out the services of Affordable Funding.

2. I left employment with Techlaw, Inc. in March of 2004.

3. Techlaw, Inc. does not provide legal counsel for residential loan transactions.

Signed under the pains and penalties of perjury on 6/13/06.

[signature]

Paul J. Jenkins

'A'