TechLaw
Quality & Integrity

**HUMAN RESOURCES EXIT CHECKLIST**
**RETAIN FOR YOUR INFORMATION**

**Employee:** PAUL JENKINS

**Last Day of Employment:** 3/12/04

**HUMAN RESOURCES ACTIONS:**

- ☐ Final pay / FTO / ________________ check(s) (**no direct deposit**) sent out on ____/____/____ by [ ] First Class mail [ ] FedEx [ ] to home address on file [ ] to office. ALREADY PAID
- ☐ Reimbursements to Company (see next page).
- ☐ Flexible Spending Accounts and Qualified Transportation Accounts (see attached, if applicable):
  *Health Care, Dependent Care and QTP (Mass Transit & Parking expenses) reimbursements
  *"Request for reimbursement form
  (Reimbursements made only for services incurred while enrolled in Plan. Enrollment ends with last day of work, or upon termination of participation, with the exception of Health reimbursements if COBRA-elect to continue Flex Health contributions with post-tax money. COBRA info mailed to home.)
- ☐ Human Resources will mail **COBRA** (health insurance continuation) information and election forms by First Class mail to qualified beneficiaries (employee, and, if applicable, spouse/dependents) to last known home address. (One notice sent to the home notifies all at that address; separate notices, as required.) The COBRA Qualifying Event Notice: [ ] is separately mailed to home [ ] is enclosed. Active-employment coverage ends ____/____/____; then 60-day COBRA election period begins.
- ☒ **401(k)** distribution information and forms will be mailed by Pension Specialists, Inc. (third party administrators of the TechLaw, Inc. 401(k) Profit Sharing Plan) to participants with vested account balances within 2 weeks *following* the final pay.
- ☐ Request forms attached for [ ] Basic Life Insurance Conversion [ ] Supplemental Life Insurance Continuation. Forms to convert or port in-force coverage are to be submitted directly to ReliaStar. Current coverage terminates on last day of the month in which your employment or eligibility ends. ALREADY PROVIDED
- ☒ **ESOP** information and distribution form will be mailed to participants with vested account balance before Sept. 30, 20 05, the last day of the Plan Year following your Plan Year (20 04) employment end. (A Plan Year = Oct. 1 to Sept. 30)
- ☐ American Express Card / Long Distance Calling Card terminated on last day of employment.

**EMPLOYEE ACTIONS:**

- ☒ Letter of Resignation [ ] has been received by [X] must be sent to Human Resources for file.
- ☒ Complete and return Address Verification form (see attached) with information to be kept in Company files. Please notify Company of any future changes, as applicable, through Sept. 30, 20 05 ).
- ☒ Building Pass / Key(s) / Company property returned to [X] Supervisor [ ] Human Resources.
- ☐ Employees possessing a Company computer / pager must contact Kim Proper in Chantilly MIS.

Kathleen J. Bills
Kathleen J. Bills, HR Administrator

3/15/04
Date