TechLaw
*Quality & Integrity*





## ABOUT TECHLAW

Formed in 1983, TechLaw is an employee-owned company based in the Washington, DC a
serve commercial and government clients from offices nationwide.

TechLaw began as a government environmental enforcement support contractor and has s
added expertise in other areas of environmental consulting and in information managemen
litigation support.

### Company History

Founded in 1983, our roots can be traced back to the 1970's, when our principal founders led the design and implementation of enforcement and compliance progra in the newly-formed U.S. Environmental Protection Agency (EPA). They found that resolution of complex environmental cases typically involves application of legal anc regulatory principles, an understanding of technical disciplines, and use of technolo store, analyze, distill, and synthesize large amounts of data. The concept of TechLa grew out of their recognition that technology and law were interrelated, and that thei experience would be valuable to clients faced with challenges at this complex techn legal juncture.

Over time—emphasizing on environmental, health and safety (EH&S) law and information management technology—TechLaw became a principal service provide case development and litigation support services to both the government and commercial sectors. We are headquartered in Northern Virginia and have 15 branch offices nationwide, including Boston, New York, Philadelphia, Atlanta, Chicago, Kan City, Dallas, Minneapolis, Denver, Seattle, and San Francisco.

Our consulting practice helps government and commercial clients assess EH&S performance, manage EH&S liabilities, implement EH&S enforcement, compliance a management systems, and resolve regulatory, compliance and commercial conflicts Our information management and litigation support practice provides state-of-the-ar document and electronic file management services to help our clients cull, convert, analyze, and manage large or complex sets of electronic files, data, and documents

### Our Mission

Our mission is to use our knowledge, experience, and sophisticated technologies to help our clients as follows:

- Analyze complex legal, technical, and regulatory matters
- Develop innovative and cost-effective solutions
- Manage large sets of files, data, and documents

Company Officers