UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAUL J. JENKINS

vs. C.A. NO: 05-513ML

PAUL GILMORE and
RICHARD COSTA

ORDER

On October 18, 2006 an Order was entered notifying the parties that the above-captioned case would be dismissed without prejudice within 15 days for lack of prosecution. Fifteen days having elapsed without any response to the Court's Order,

It is now ORDERED that this action is hereby dismissed without prejudice.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
December 13 , 2006

Entered as an Order of this Court on December 1?, 2006

Barbara Barletta
Deputy Clerk