# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**PAUL J. JENKINS**

**VS.** **C.A. NO. 05-513ML**

**MARGARET DAVIS MULLEN,
WILLIAM F. MULLEN, STEVEN DINEZZA,
LEA DINEZZA, PAUL GILMORE,
AFFORDABLE FUNDING MORTGAGE
CORP., RICHARD COSTA and ARGENT
MORTGAGE CO., LLC.**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, Argent Mortgage Co., Inc., against the plaintiff, Paul J. Jenkins, pursuant to the Memorandum and Order dated April 7, 2006 GRANTING defendant's Motion to Dismiss.**

**Judgment shall enter for the defendants, Margaret Davis Mullen, William F. Mullen, Steven DiNezza, Lea DiNezza and Affordable Funding Mortgage, against the plaintiff, Paul J. Jenkins, pursuant to the Memorandum and Order dated October 16, 2006 GRANTING defendants' Motions to Dismiss.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: December 13, 2006