**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION NO:**
**05-513ML.**

**PAUL J. JENKINS**

**VS.**

**ARGENT MORTGAGE COMPANY, LLC**
**AFFORDABLE FUNDING MORTGAGE CORPORATION**
**STEVEN DINEZZA**
**LEA DINEZZA**

**NOTICE OF APPEAL (FRAP 3, 4(a)**

Notice is hereby given that the above-named plaintiff, Paul J. Jenkins, hereby appeals to the United States District Court for the First Circuit that portion of the final judgment granting defendants' Argent Mortgage Company, LLC, Affordable Funding Mortgage Corporation, Steven Dinezza and Lea Dinezza various motions to dismiss plaintiff's civil RICO claims, as entered in this action on December 13, 2006.

That portion of applicable judgment dismissing plaintiff's ancillary state law claims for fraud is not being appealed, and will be the subject of a separate state civil action.

No portions of the said judgment entered in favor of Margaret Davis Mullen and William F. Mullen are being appealed.

January 8, 2007

Respectfully submitted,
By the plaintiff,

Paul J. Jenkins, pro se
PO Box 815
Providence, RI 02901-0315
Phone/fax: 401-861-0416
Email: pjenkprovri@yahoo.com