UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

January 23, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

Paul J. Jenkins v. Argent Mortgage Company, LLC, et al.
CA 05-513ML **CCA# ______________**

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of
the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By________________________
John Duhamel
Deputy Clerk

Encl: **RECEIPT FOR $455.00 APPEAL FILING FEE**
**certified docket**