05-00513
USDC/RI
Lisi, M

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1085

PAUL J. JENKINS

Plaintiff - Appellant

v.

STEVEN DINEZZA; LEA DINEZZA;
AFFORDABLE FUNDING MORTGAGE CORP.;
ARGENT MORTGAGE CO., LLC

Defendants - Appellees

MARGARET DAVIS MULLEN; WILLIAM F. MULLEN;
RICHARD COSTA; PAUL GILMORE

Defendants

**JUDGMENT**

Entered: March 13, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk
MARGARET CARTER

By___________________
Chief Deputy Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Christy Phillips

Deputy Clerk

Date: 03/13/07

[cc: Paul J. Jenkins, William E. Sanford III, Esq., Michael J. Pisaturo, Esq., Leonard Accardo Jr., Esq., James W. Ryan, Esq.]